In the Matter of LASHANTA M.R.C., an Infant. CHAUTAU-QUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMOTHY C., Appellant. [890 NYS2d 888]— Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

In the Matter of FRANCES ADNEY, Appellant, v HERBERT J. MORTON, III, Respondent. [890 NYS2d 864]—

Memorandum: This appeal by petitioner mother from an order entered upon her stipulation in open court must be dismissed. "No appeal lies from an order entered upon the parties' consent" (*Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see Matter of Desmond S.*, 285 AD2d 994 [2001], *lv dismissed* 97 NY2d 693 [2002]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.